IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**THE LAMAR COMPANY, LLC**                                                         **PLAINTIFF**

**v.**                                                       **CIVIL ACTION NO. 1:23-cv-187-TBM-RPM**

**HARRISON COUNTY**
**SCHOOL DISTRICT**                                                                **DEFENDANT**

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Before the Court is the Motion to Dismiss [6] and Motion for Oral Argument [11] filed by Harrison County School District. At the hearing conducted in this matter on May 7, 2024, the Court considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority, and announced on the record its detailed findings and conclusions. The Court concluded that the Defendant's Motion to Dismiss is GRANTED and the Motion for Oral Argument is MOOT.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on May 7, 2024, Harrison County School District's Motion to Dismiss [6] is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that, Harrison County School District's Motion for Oral Argument [11] is MOOT pursuant to the hearing held today, May 7, 2024.

This the 7th day of May, 2024.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**