**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**THE LAMAR COMPANY, LLC**                                                            **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 1:23-cv-187-TBM-RPM**

**HARRISON COUNTY
SCHOOL DISTRICT**                                                                    **DEFENDANT**

## FINAL JUDGMENT

      This matter is before the Court on a Motion to Dismiss [6] and a Motion for Oral Argument [11] filed by Harrison County School District. The Court, having entered a separate order this same day, finds that this matter should be dismissed.

      IT IS THEREFORE ORDERED AND ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE. This CASE is CLOSED.

      THIS, the 7th day of April, 2024.

                        **TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE**